ALI R. MIRHOSSEINI, ESQ.[Bar No.149919]
**MIRHOSSEINI LAW GROUP, APC**
1502 N. Broadway,
Santa Ana, California 92706
Telephone:    (714) 560-9100
Facsimile:    (714) 560-9120
E-Mail: legalassistant@armlaw.net

JS-6

Attorneys for Plaintiff, PARDIS MUSIC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDIS MUSIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALTEX TRADING, INC., a California corporation; CALTEX RECORDS, a business organization form unknown; CALTEX MUSIC LLC, a Delaware limited liability company, MEHRDAD PAKRAVAN, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.2:25-cv-09476-HDV-MAR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND THE CASE TO THE ORIGINATING STATE COURT<br><br>[Concurrently filed Plaintiff's Motion to Remand and Declaration of Ali R. Mirhosseini in support thereof]<br><br>**JUDGE:** Honorable Hernán D. Vera<br>**DATE:** January 8, 2026<br>**TIME:** 10:00 a.m.<br>**Courtroom:** 5B |

1

On October 30, 2025, Plaintiff PARDIS MUSIC, INC. ("PARDIS MUSIC") filed a motion to remand this case back to the California Superior Court, County of Los Angeles. Concurrent with its Motion, PARDIS MUSIC filed an amended Complaint as matter of course, and removed the federal copyright infringement and injunctive relief causes of actions for PARDIS MUSIC currently does not have a registered copyright registration.

Having carefully considered the briefing and arguments submitted in this matter, the Court orders as follows:

1. The Case is remanded back to the California Superior Court, County of Los Angeles because this Court no longer has subject matter jurisdiction because the Complaint, as amended, only contains state law claims.
2. The Court declines to exercise supplemental jurisdiction over PARDIS MUSIC's remaining state law claims. *Acri v. Varian Associates*, 114 F.3d 999, 1000 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: 01/09/26

HERNÁN D. VERA
UNITED STATES DISTRICT COURT JUDGE